**Order filed May 08, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00295-CV

_____

**SHAVONNE LEON, Appellant**

**V.**

**HOUSTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1040205**

---

## CORRECTED ORDER

According to information provided to this court, this appeal is from a final judgment signed April 8, 2014. Appellant filed a notice of appeal on April 15, 2014. Appellant filed an affidavit of indigence in this court on April 22, 2014. *See* Tex. R. App. P. 20.1. On April 23, 2014, this court forwarded a copy of the affidavit to the trial court clerk and the official court reporter, Karen Field Bernhardt, and notified them that any contest to appellant's affidavit was required to be filed with the clerk of this court on or before May 5, 2014. *See* Tex. R. App. P. 20.1(d)(2).

No contest was filed by the deadline. When no contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs. *See* Tex. R. App. P. 20.1(f). Accordingly, appellant is entitled to proceed without the advance payment of costs.

The Harris County Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

The official court reporter for the County Civil Court at Law No. 4, **Karen Field Bernhardt**, is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.